UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF NEW YORK</u>                              **ECF CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )| |
| Plaintiff )| **NOTICE OF APPEARANCE AND REQUEST** |
| )| **FOR ELECTRONIC NOTIFICATION** |
| v. )| |
| )| **12-CR-99 (JG)** |
| )| |
| JOSEPH MERMELSTEIN, )| |
| Defendant )| |

_____

TO:   Clerk of Court
      United States District Court
      Eastern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                                Respectfully submitted,

                                                                IRA D. LONDON
                                                                Attorney for the Defendant


                                                                By:  _____//s//_____
                                                                       Ira D. London
                                                                       Attorney for the Defendant
                                                                       Law Offices of London & Robin
                                                                       99 Park Avenue
                                                                       Suite 1600
                                                                       New York, NY 10016
                                                                       (212)683-8000
                                                                       iradlondon@aol.com

TO: Counsel by (ECF)