UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF NEW YORK</u>                                                            ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>JOSEPH MERMELSTEIN, )<br>Defendant )<br>) | **NOTICE OF APPEARANCE AND REQUEST<br>FOR ELECTRONIC NOTIFICATION**<br><br>**12-CR-99 (JG)** |

_____

TO:    Clerk of Court
         United States District Court
         Eastern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                                                           Respectfully submitted,

                                                                                           AVROM ROBIN
                                                                                           Attorney for the Defendant

                                                                                           By:    //s//_____
                                                                                                Avrom Robin
                                                                                                Attorney for the Defendant
                                                                                                Law Offices of London & Robin
                                                                                                99 Park Avenue
                                                                                                Suite 1600
                                                                                                New York, NY 10016
                                                                                                (212)683-8000
                                                                                                [avrom@mindspring.com](mailto:avrom@mindspring.com)

TO: Counsel by (ECF)